UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 4:04CV868 HEA |
| v. | ) |
| | ) |
| LINDQUIST & TRUDEAU, INC. and | ) |
| ROBERT J. "R.J." WELLS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendant's Second Motion for Sanctions, [#44], which was filed on April 19, 2006. Defendant moves this Court, pursuant to Rule 11(b) of the Federal Rules of Civil Procedure, to sanction Plaintiff for failing to comply with this Court's September 16, 2005 Order, wherein Plaintiff was ordered to comply with Defendant's discovery requests. To date, Plaintiff has failed to comply with Defendant's discovery requests and has failed to respond to Defendant's second motion for sanctions.

Accordingly,

**IT IS HEREBY ORDERED** that within five (5) days of the date of this Order, Plaintiff shall comply with Defendant's discovery requests or show cause as to why Defendant's requests are unreasonable or otherwise outside the purview of the Federal

Rules of Civil Procedure. Failure to comply with this Order shall result in a dismissal of the matter without prejudice.

Dated this 2nd day of May, 2006.

_____
HENRY  EDWARD AUTREY
UNITED STATES DISTRICT JUDGE